

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2017

No. 04-16-00298-CV

**EL CABALLERO RANCH, INC**. and Laredo Marine, L.L.C.,
Appellant

v.

**GRACE RIVER RANCH, L.L.C.,**
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Honorable Russell Wilson, Judge Presiding

## O R D E R

Appellant El Caballero Ranch, Inc. has filed a suggestion of bankruptcy, stating it has filed a petition in bankruptcy under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Louisiana, Lafayette Division. The petition was filed August 8, 2017, and has been assigned case number 17-BK-51014.

We order this appeal abated and removed from the court's active docket. See TEX. R. APP. P. 8.2. The appeal will be reinstated only upon proper motion and proof. See TEX. R. APP. P. 8.3; 4th TEX. APP. (SAN ANTONIO) LOC. R. 4.

We further order the clerk of this court to send copies of this order to the clerk of the trial court, the court reporter, and the attorneys of record.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk